UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA ROY WARD,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:25-cv-00254-ART-CSD<br><br>ORDER |

In this habeas corpus action, the petitioner, Joshua Roy Ward, is represented by appointed counsel, the Federal Public Defender for the District of Nevada (FPD). (*See* ECF Nos. 5, 8.) On October 14, 2025, the FPD filed a first amended habeas petition on Ward's behalf (ECF No. 12), along with a motion for leave to file a second amended petition (ECF No. 14). Briefing of the motion for leave to file a second amended petition is ongoing.

In the meantime, on October 3, 2025, Ward, acting *pro se*, filed a motion (ECF No. 11) requesting discharge of his counsel, stating that differences and hostility have arisen between Ward and his counsel. The Court will require Ward's counsel to file, *ex parte* and under seal, and serve upon Ward, a response to Ward's motion. The Court will grant Ward an opportunity to file a reply, also *ex parte* and under seal, if he wishes. The Court's purpose is to ascertain the status of the relationship between Ward and his counsel, and to determine whether discharge of Ward's counsel is warranted.

The Court appointed counsel *sua sponte*; Ward did not make a motion for appointment of counsel. (*See* ECF No. 5.) The Court gave Ward an opportunity to move within thirty days for reconsideration of the order appointing counsel if he did not wish to have appointed counsel. (*See id.*) Ward made no such motion. The Court appointed counsel in the interests of the justice, and continues to be

1

of the view, generally, that it is in the interests of justice for Ward to have appointed counsel. Ward is cautioned, however, that there is no constitutional or statutory requirement that he have appointed counsel in this case.

It is therefore ordered that Petitioner's counsel must, within 20 days of the entry of this order, file *ex parte* and under seal, and serve on Petitioner (and *not* on Respondents), a response to Petitioner's motion for discharge of counsel (ECF No. 11).

It is further ordered that Petitioner will then have 20 days following the filing and service of counsel's response to his motion, to file, *ex parte* and under seal, a reply, if he wishes to do so. If petitioner files such a reply, he must state in the caption, below the title of the document: "To be filed *ex parte* and under seal pursuant to Court order." Ward must serve a copy of such reply on his counsel (and *not* on Respondents).

DATED THIS 23rd day of October 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE