UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA ROY WARD, | Case No. 3:25-cv-00254-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

Joshua Roy Ward, the petitioner in this habeas corpus action, is represented by appointed counsel. On October 3, 2025, Ward, acting *pro se*, filed a motion requesting discharge of his appointed counsel, stating that differences had arisen between them. (ECF No. 11.) On October 23, the Court ordered Ward's counsel to file, *ex parte* and under seal, a response to that motion. (ECF No. 16.) On October 27, Ward filed a notice requesting that his October 3 motion be withdrawn. (ECF Nos. 17, 18.) Ward explains that he has discussed the matter with his counsel and that his October 3 motion was the result of a misunderstanding. (*Id.*)

It is therefore ordered that Petitioner's *Pro Se* Motion Requesting Withdrawal of Counsel (ECF No. 11) is denied as moot. The requirement that counsel respond to that motion is vacated.

The Clerk of Court is directed to transmit a copy of this order to the petitioner, at Lovelock Correctional Center.

DATED THIS 28th day of October 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE