UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA ROY WARD, | Case No. 3:25-cv-00254-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Petitioner Joshua Roy Ward, represented by appointed counsel, was due to file a second amended petition for writ of habeas corpus by February 3, 2026. (*See* ECF No. 21.) On February 3, Ward filed a motion for extension of time, requesting a 14-day extension, to February 17. (ECF No. 22.) Ward's counsel states that the extension of time is necessary because of their obligations in other cases, and counsel represents that Respondents do not oppose the extension. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 22) is granted. Petitioner will have until and including February 17, 2026, to file a second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered July 16, 2025 (ECF No. 9) will remain in effect.

DATED THIS 4th day of February 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1