UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSHUA ROY WARD,

Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

Respondents.

Case No. 3:25-cv-00254-ART-CSD

ORDER

In this habeas corpus action, Petitioner Joshua Roy Ward, represented by appointed counsel, was due to file a second amended petition for writ of habeas corpus by February 17, 2026. (*See* ECF Nos. 21, 23.) On February 17, Ward filed a motion for extension of time, requesting a 30-day extension, to March 19. (ECF No. 24.) Ward's counsel states that the extension is necessary to gather and review documents and complete the drafting of the second amended petition. Counsel represents that Respondents do not oppose the extension. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension. The Court will grant the extension as requested.

In granting this extension of time—or any extension of time for any amended habeas petition—the Court does not intend to comment upon, or affect in any manner, the operation of any applicable statute of limitations.

///

///

///

///

///

///

1

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 24) is granted. Petitioner will have until and including March 19, 2026, to file a second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered July 16, 2025 (ECF No. 9) will remain in effect.

DATED THIS 19th day of February 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE