UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA ROY WARD, | Case No. 3:25-cv-00254-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the petitioner, Joshua Roy Ward, represented by appointed counsel, filed a second amended petition for writ of habeas corpus on March 19, 2026. (ECF No. 26.) Respondents were to file an answer or other response to the second amended petition by May 18, 2026. (*See* ECF No. 9.) On May 15, 2026, Respondents filed a motion for extension of time requesting a 60-day extension, to July 17, 2026. (ECF No. 27.) Respondents' counsel states that the extension is necessary because of obligations in other cases and time away from work. Respondents' counsel represents that Ward does not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 27) is granted. Respondents will have until and including July 17, 2026, to file an answer or other response to the second amended petition for writ

///

///

///

///

///

1

of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered July 16, 2025 (ECF No. 9) will remain in effect.

DATED THIS 26th day of May 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE