UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSHUA ROY WARD,

Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

Respondents.

Case No. 3:25-cv-00254-ART-CSD

ORDER

In this habeas corpus action, the petitioner, Joshua Roy Ward, represented by appointed counsel, filed a second amended petition for writ of habeas corpus on March 19, 2026. (ECF No. 26.) After a 60-day initial period and a 60-day extension, the respondents were to file an answer or other response to the second amended petition by July 17, 2026. (*See* ECF Nos. 9, 28.) On July 17, 2026, Respondents filed a motion for extension of time requesting a further 31-day extension, to August 17, 2026. (ECF No. 29.) Respondents' counsel states that the extension is necessary because of obligations in other cases. Respondents' counsel represents that Ward does not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 29) is granted. Respondents will have until and including August 17, 2026, to file an answer or other response to the second amended petition for writ

///

///

///

///

of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered July 16, 2025 (ECF No. 9) will remain in effect.

DATED THIS 21st day of July 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE