UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSHUA ROY WARD,

Petitioner,

v.

N. BREITENBACH,

Respondent.

Case No. 3:25-cv-00254-ART-CSD

ORDER

Before the Court is Respondent's motion to seal Exhibit 87, Petitioner's Presentence Investigation Report. (ECF No. 36 ("Motion to Seal").) Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), the Court finds that a compelling need to protect safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

Also before the Court is Respondent's unopposed motion for a 4-day extension of time to file her response to Petitioner's second-amended petition. (ECF No. 39 ("Motion for Extension").) This is Respondent's third request for an extension of this deadline. The Court finds that good cause exists to grant the Motion for Extension.

It is therefore ordered that the Motion to Seal (ECF No. 36) is granted. Exhibit 87 (ECF No. 37-1) is considered properly filed under seal.

It is further ordered that the Motion for Extension (ECF No. 39) is granted. Respondent has up to and including August 21, 2026, to file her response.

DATED THIS 19th day of August 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE