UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSHUA ROY WARD,

Petitioner,

v.

N. BREITENBACH,

Respondent.

Case No. 3:25-cv-00254-ART-CSD

ORDER

Before the Court is Petitioner Joshua Ward's unopposed motion for a 30-day extension of time to file his opposition to the motion to dismiss. (ECF No. 42 ("Motion").) This is Ward's first request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 42) is granted. Ward has up to and including November 18, 2026, to file his opposition.

DATED THIS 20th day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE