UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA ROY WARD,<br>Petitioner,<br>v.<br>N. BREITENBACH,<br>Respondent. | Case No. 3:25-cv-00254-ART-CSD<br>ORDER |

Before the Court is Petitioner Joshua Ward's motion for a 30-day extension of time to file his opposition to the motion to dismiss. (ECF No. 44 ("Motion").) This is Ward's second request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 44) is granted. Ward has up to and including December 18, 2026, to file his opposition.

DATED THIS 24th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE